**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 99-6258**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL VERTOIN SAUNDERS,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (CR-
96-204, CA-98-1493-DKC)

―――――――――

Submitted:  May 13, 1999             Decided:  May 19, 1999

―――――――――

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Michael Vertoin Saunders, Appellant Pro Se.  Lynne Ann Battaglia,
United States Attorney, Baltimore, Maryland; Stuart A. Berman, As-
sistant United States Attorney, Greenbelt, Maryland, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Vertoin Saunders seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Saunders, Nos. CR-96-204; CA-98-1493-DKC (D. Md. Feb. 9, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED